### John S. Chapin *versus* Emory Taft.

The plaintiff, in order to lay a foundation for the introduction of secondary evidence of the contents of a letter written by the defendant to a third person, filed his own affidavit setting forth, that such third person told him that the letter was lost.  It was *resolved*, that the affidavit was insufficient for that purpose, as the loss could have been proved by competent evidence, and the affidavit was mere hearsay.  See *Taunton Bank* v. *Richardson*, 5 Pick. 436 ; *Poignand* v. *Smith*, 8 Pick. 278 ; *Parkins* v. *Cobbet*, 1 Carr. & Payne, 282.